GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Rebecca.garvey@usdoj.gov
Attorneys for Plaintiff

FILED

2022 MAR 30  PM 4: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR22-00598 TUC-SHR(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution of Child Pornography) Counts One through Four |
| Matthew Alan Chambers, | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Knowing Access of Child Pornography) Count Five |
| Defendant. | |
| | 18 U.S.C. §2253 (Forfeiture Allegation) |
| | VICTIM CASE |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about May 30, 2021, in the District of Arizona, MATTHEW ALAN CHAMBERS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18,

United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"000001.avi."

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about June 1, 2021, in the District of Arizona, MATTHEW ALAN CHAMBERS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"Phantom Production 2002 Preteen Pedo Little Boys 5Yo To 12Yo Kids Childs Nude Kdv Pjk Rbv Shx Fenerbahce Rizmastar Gay Sex Vip Gay Club Exclusive 0000059.jpg"

"pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (6) (1).jpg"

"pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (100)(1).jpg"

"pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (258).jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

\\\

## COUNT THREE
### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about June 28, 2021, in the District of Arizona, MATTHEW ALAN CHAMBERS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"vcky-faf-all.mpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR
### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about July 18, 2021, in the District of Arizona, MATTHEW ALAN CHAMBERS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"01_01 166.jpg"

"23.08.2005 0-40-33_0085.jpg"

"008049.JPG"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

\ \ \

**COUNT FIVE**

**KNOWING ACCESS OF CHILD PORNOGRAPHY**

Beginning on a date unknown but including the time period between May 30, 2021, and continuing through August 27, 2021, in the District of Arizona, MATTHEW ALAN CHAMBERS, using any means or facility of interstate and foreign commerce, did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2252(a)(4)(B), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise; that is, MATTHEW ALAN CHAMBERS did use an Acer Predator Helios 300 laptop and the internet to view child pornography images including, but not limited to, the following files:

"0000123_Carved.jpg"

"0000171_Carved.jpg"

"0000657_Carved.jpg"

"0000779_Carved.jpg"

"0001018_Carved.jpg"

"0001122_Carved.jpg"

"0005099_Carved.jpg"

"0005111_Carved.jpg"

"0005135_Carved.jpg"

"0005186_Carved.jpg"

"0005192_Carved.jpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the child pornography offenses alleged in Counts One through Five of this Indictment, defendant, Matthew Alan Chambers, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matter which contains any visual depictions, which were produced, transported, mailed, shipped or received; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to Acer Predator Helios 300 laptop with serial number NHQ9WAA003038027632600.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: March 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorney

*United States of America v. Matthew Alan Chambers*
*Indictment Page 5 of 5*